IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE KASTREVA, | : | |
| Plaintiff | : | Civil Action No. 4:04-1610 |
| v. | : | (Judge McClure) |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | (Magistrate Judge Mannion) |
| | : | |
| Defendant | : | |

**O R D E R**

July 12, 2005

**BACKGROUND:**

On July 22, 2004, Lorraine Kastreva commenced this civil action under 42 U.S.C. § 405(g), appealing the Commissioner of Social Security's denial of plaintiff's application for disability benefits. Plaintiff asserts in her complaint that the Commissioner's decision is not supported by substantial evidence.

The matter was originally referred to United States Magistrate Judge Malachy E. Mannion.

On June 22, 2005, Magistrate Judge Mannion filed a 15-page report and recommendation recommending that the plaintiff's appeal from the decision of the

Commissioner of Social Security be denied.

A district court reviews de novo those portions of a magistrate judge's report and recommendation to which a party objects. L.R. 72.3. The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.

No objections have been filed to the report and recommendation. The magistrate judge's thorough report and recommendation has convinced us that the ALJ's decision was based on substantial evidence.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of United States Magistrate Judge Malachy E. Mannion (Rec. Doc. No. 17), is adopted in full for the reasons set forth therein.

2. The appeal from the decision of the Commissioner of Social Security is denied, and the action of the Commissioner is affirmed.

3. The clerk is directed to close the case file.

                                             s/ James F. McClure, Jr.
                                             James F. McClure, Jr.
                                             United States District Judge